Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−28850−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sally G. Austin
   50 Cherry Street
   Eatontown, NJ 08724

Social Security No.:
   xxx−xx−3877

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 12, 2017.

On August 13, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              September 25, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 15, 2018
JAN: llb

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-28850-MBK
Sally G. Austin                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 15, 2018
                              Form ID: 185             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db             +Sally G. Austin,    50 Cherry Street,    Eatontown, NJ 07724-2607
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516426505    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AHFC,    201 Little Falls Drive,    Wilmington, DE 19808)
516426506      AMEX,   PO Box 1270,    Newark, NJ 07101-1270
516426507      AMEX,   P. O. Box 297871,    Fort Lauderdale, FL 33329-7871
516466317      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516426508      Boscovs,    PO Box 5221,    Carol Stream, IL 60197-5221
516426510     +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516426511     +Chase,    PO Box 15298,    Wilmington, DE 19886-5298
516426512     +Chase Card,    P. O. Box 15298,    Wilmington, DE 19850-5298
516426513      Chase Slate,    PO Box 15123,    Wilmington, DE 19886-5123
516426514      Citi Card,    PO Box 6004,    Sioux Falls, SD 57117-6004
516426516     +Home Depot Credit Service,    P. O. Box 790393,    Saint Louis, MO 63179-0393
516426519     +Macys/DSNB,    9111 Duke Boulevard,    Mason, OH 45040-8999
516426520      Sears/CBNA,    P. O. Box 6286,    Sioux Falls, SD 57117-6286
516426521     +Stelip & Stylianou,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
516426524    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026)
516426523     +Target Card Services, servicer to,    TD Bank USA, NA,    3901 West 53rd Street,
                 Sioux Falls, SD 57106-4221
516521573     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516640904     +WELLS FARGO BANK, N.A.,    MAC F8235-02F,    PO BOX 10438,    DES MOINES, IA 50306-0438
516549496      WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516426525      Wells Fargo,    PO Box 14529,    Des Moines, IA 50306-3529
516647119      Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
516629882      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516493862      Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus MAC X2303-01A,
                 Des Moines, IA 50328-0001
516648421     +Wells Fargo Bank, N.A.,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
516426528      Wells Fargo Home Mortgage,    PO Box 11758,    Newark, NJ 07101-4758
516426529      Wells Fargo Visa,    PO Box 6412,    Carol Stream, IL 60197-6412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516426509       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:47     Care Credit,   PO Box 965052,
                 Orlando, FL 32896-5052
516426515       E-mail/Text: mrdiscen@discover.com Aug 15 2018 23:44:49     Discover Fin SVCS,
                 P. O. Box 15316,    Wilmington, DE 19850
516426517       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:47     JCPenney,   PO Box 965046,
                 Orlando, FL 32896-5046
516426518      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 15 2018 23:44:55     Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516524101       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 23:53:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516643906       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 23:52:14
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,   Norfolk VA 23541
516634621       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 00:15:11
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,   Norfolk VA 23541
516426522       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:53:34     SYNCB/Steinmart,   PO Box 960013,
                 Orlando, FL 32896-0013
516427472       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:04     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516642809      +E-mail/Text: bncmail@w-legal.com Aug 15 2018 23:45:50     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516426527      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 15 2018 23:46:24     Wells Fargo Bank,
                 C/O Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
                                                                                              TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 15, 2018
                              Form ID: 185             Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516426526      ##Wells Fargo,   PO Box 6422,   Carol Stream, IL 60197-6422
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Nicholas V. Rogers     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Patrick   Moscatello    on behalf of Debtor Sally G. Austin moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                         TOTAL: 6
```